IN THE UNITED STATES DISTRICT COURT FOR

NORTHERN DISTRICT OF FLORIDA

(Gainesville Division)

**UNITED STATES OF AMERICA** )
)
    **v.** )        **Docket No.  1:05CR46-001**
)
**MARK ALLEN STANLEY** )

# O R D E R

This matter is before the Court on a petition alleging that the defendant violated the conditions of his supervised release as outlined in the Probation Form 12C filed with the Clerk of the U. S. District Court for the Northern District of Florida, on January 27, 2006.

Based on the defendant's admission of guilt to the violation as outlined in the Petition, the Court finds that the defendant violated the terms and conditions of his supervised release.

**IT IS HEREBY ORDERED** that the defendant be continued on supervised release under the same terms and conditions.  The sentence previously imposed shall remain in full force and effect.

DONE AND ORDERED this   13th   day of February, 2006.


                                                 *s/ Stephan P. Mickle*
                                                 Stephan P. Mickle
                                                 UNITED STATES DISTRICT JUDGE


                                                 February 16, 2006
                                                 DATE